■ In the Matter of CHASE LINCOLN FIRST BANK, N. A., as Executor of VIRGINIA G. McCURDY, Deceased, Respondent. ROBERT ABRAMS, as Attorney-General of the State of New York, Appellant. [608 NYS2d 913] —Decree unanimously affirmed without costs for reasons stated in decision at Monroe County Surrogate's Court, Ciaccio, S. (Appeal from Decree of Monroe County Surrogate's Court, Ciaccio, S.—Judicial Settlement.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.

■ In the Matter of BRIAN J. CONVERY et al., Appellants, v TOWN OF HAMLIN et al., Respondents. [608 NYS2d 912] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cornelius, J. (Appeal from Order of Supreme Court, Monroe County, Cornelius, J.—Dismiss Action.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.

■ ROCHESTER MIDLAND CORPORATION, Respondent, v UTICA MUTUAL INSURANCE COMPANY, Defendant, and HARTFORD INSURANCE COMPANY, Appellant. [608 NYS2d 913] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Siracuse, J. (Appeal from Judgment of Supreme Court, Monroe County, Siracuse, J.—Declaratory Judgment.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.

■ ANTHONY K. POMILIO et al., Appellants, v MATTHEW T. CROSSON, as Chief Administrator of the Courts of the State of New York and as Representative of the Administrative Board of the Judicial Conference of the State of New York, et al., Respondents. [608 NYS2d 912] —Judgment unanimously modified on the law and as modified affirmed without costs and judgment granted in accordance with same Memorandum as in *Barth v Crosson* (199 AD2d 1050 [decided herewith]). (Appeal from Judgment of Supreme Court, Oneida County, Tenney, J.—Summary Judgment.) Present—Callahan, J. P., Green, Fallon and Davis, JJ.